■ PRESCOTT-GRAYSON ASSOCIATES, LTD., et al., Appellants, v UNITED STATES FIDELITY AND GUARANTY Co., Respondent.—

Judgment, Supreme Court, New York County (Kristin Glen, J.), entered on November 1, 1988, unanimously affirmed. Respondent shall recover of appellants $250 costs and disbursements of this appeal. Motion for leave to submit certain material into the record on appeal, and other related relief is denied. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Rubin, JJ.